FILED

09 SEP -1 PM 3:25

CLERK U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF      CV 09   80180 MISC

VRW

Gary Anthony Hall - #119103

_____/

## ORDER TO SHOW CAUSE

It appearing that Gary Anthony Hall has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Gary Anthony Hall
Attorney At Law
Bittman & King LLP
443 N. Franklin Street, #300
Syracuse, NY 13204-1415